# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RYAN D. WILKINS,** | |
| Plaintiff, | 8:22CV239 |
| vs. | ORDER |
| **UNION PACIFIC RAILROAD COMPANY,** and **LEONARD SHERER,** | |
| Defendants. | |

The Court held a telephone conference with counsel for the parties on June 26, 2025. The parties submitted position statements and other documents to the Court in advance of the hearing, which are attached to this Order. The Court's ruling on the parties' dispute was stated on the record during the call, which will be uploaded as a separate audio file.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge