IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WILKINS, Plaintiff, vs. UNION PACIFIC RAILROAD COMPANY; LEONARD SHERER, Defendants. | Case No. 8:22-cv-00239 **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY** |

COMES NOW, Plaintiff Ryan D. Wilkins ("Plaintiff"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully moves for a short extension of time to file Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment (Filing No. 230). In support of this Motion, Plaintiff states as follows:

1.      Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment is currently due on May 26, 2026.

2.      On May 18 and 19, 2026, Plaintiff's counsel experienced significant technical difficulties following operating system security updates to counsel's computer system. As a result, counsel was temporarily unable to access her Microsoft 365 account, including cloud-based client documents relevant to this matter, and also experienced issues sending and receiving emails.

3.      Plaintiff's counsel worked with her IT provider to restore access, which was not fully restored until late on May 19, 2026.

4.      The technical disruption substantially affected counsel's ability to access case materials and continue work on multiple pending matters before this Court. As a result, counsel was required to seek extensions in other cases and address overlapping briefing deadlines caused by the technical issue, including deadlines in this matter (Doc #243) on May 20, 2026 and in another matter pending before this Court on May 22, 2026.

5.      Due to the interruption in access to case files and the resulting impact on counsel's schedule and workload, Plaintiff's counsel requires a short additional extension to review the submission with Plaintiff and then finalize the opposition pleadings to Defendants' Motion for Summary Judgment before filing.

6.      Plaintiff therefore requests a short extension of time, until May 29, 2026, to file his Brief in Opposition to Defendants' Joint Motion for Summary Judgment, with Defendants' reply deadline extended accordingly to June 18, 2026. These proposed dates intentionally take into consideration the parties' deadlines to file Daubert motions by June 15, 2026.

7.      This request is made in good faith and not for purposes of delay. The requested extension is brief, will assist counsel in ensuring the accuracy and completeness of the filing, and will not unduly prejudice any party.

8.      Pursuant to NECivR 7.1(i), Plaintiff's counsel conferred with counsel for Defendants regarding the requested extension. Counsel for Defendants indicated that Defendants do not oppose the requested extension as proposed above.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time and extend Plaintiff's deadline to file his Opposition on May 29, 2026, with Defendants' reply deadline extended to June 18, 2026, and for such other relief as the Court deems just and proper

DATED:      May 26, 2026.


                                        RYAN WILKINS, Plaintiff


                              By:    s/ Jennifer Turco Meyer_____
                                     Jennifer Turco Meyer, 23760
                                     Turco Meyer Law, LLC
                                     4309 South 174th Avenue
                                     Omaha, Nebraska 68135
                                     (402) 577-0252
                                     Jennifer@turcomeyer.law
                                     Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Linda C. Schoonmaker | lschoonmaker@seyfarth.com |
| Andrew J. Rolfes | arolfes@cozen.com |
| Tara A. Stingley | tstingley@clinewilliams.com |
| Sydney M. Huss | shuss@clinewilliams.com |

s/ Jennifer Turco Meyer_