IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WILKINS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY;<br>LEONARD SHERER,<br><br>Defendants. | Case No. 8:22-cv-00239<br><br>**MOTION FOR<br>RESTRICTED ACCESS** |

Plaintiff, Ryan D. Wilkins, now moves the Court, pursuant to NECivR 5.3(c) and NECivR 7.5(a), to restrict access to Plaintiff's Index of Evidence in opposition to Defendants' Motion for Summary Judgment (Doc #253), Plaintiff's Response to Defendant's Statement of Facts (Doc #254), and Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment (Doc #255).

In support of this Motion, Plaintiff states that there is good cause to designate these materials as Restricted Documents pursuant to NECivR 5.3. The documents and arguments at issue contain information that Defendants' contend are protected by the attorney-client privilege, as well as confidential information under the Protective Order (Doc #59). Redaction is not a reasonable alternative because the privileged and confidential material is so intertwined with the substance of the documents that redaction would be impractical and would render the documents largely unusable. Accordingly, restriction is necessary to protect against the disclosure of sensitive information while allowing the Court to consider the materials in their entirety.

Additionally, the Court previously granted Defendants' motion to restrict all the documents in support of Defendants' Motion for Summary Judgment (Doc #230). Not permitting Plaintiff to

1

file responsive documents restricted would negate the protections afforded by the Court in granting both Defendants' prior Motions. (#239).

WHEREFORE, Plaintiff respectfully requests, for good cause shown, that the Court grant Plaintiff's Motion to Restrict Access and allow only the parties to this case and court personnel access to the evidence and pleadings designated above until such further ruling by the Court.

Dated: May 29, 2026.

RYAN D. WILKINS, Plaintiff

BY:    <u>s/ Jennifer Turco Meyer</u>
Jennifer Turco Meyer, 23760
Turco Meyer Law, LLC
4309 South 174th Avenue
Omaha, Nebraska 68135
(402) 577-0252
jennifer@turcomeyer.law
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Linda C. Schoonmaker | lschoonmaker@seyfarth.com |
| Andrew J. Rolfes | arolfes@cozen.com |
| Tara A. Stingley | tstingley@clinewilliams.com |
| Sydney M. Huss | shuss@clinewilliams.com |

<u>s/ Jennifer Turco Meyer</u>