IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WILKINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY;<br>LEONARD SHERER,<br><br>　　　　Defendants. | Case No. 8:22-cv-00239<br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OUT OF TIME** |

COMES NOW, Plaintiff Ryan D. Wilkins, by and through his undersigned counsel, and Pursuant to Fed. R. Civ. P. 6(b)(1)(B), respectfully moves for leave to file Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment (Doc #255) out of time. In support of this Motion, the Plaintiff states as follows:

1.　　　The deadline for filing Plaintiff's opposition to Defendants' Motion for Summary Judgment was May 29, 2026. (Doc #251).

2.　　　Plaintiff timely filed all supporting materials associated with his opposition on May 29, 2026. (Doc #252, 253, 254).

3.　　　While preparing the opposition brief for filing on May 29, 2026, Plaintiff's counsel encountered technical difficulties while converting the brief to PDF format. Specifically, Plaintiff's computer program would lock up when attempting to save or print to a PDF format. Counsel ultimately was required to travel to her office and use her printer and scanner to complete the conversion process. By the time the issues were resolved, and the brief could be filed, it was the early morning hours of May 30, 2026.

4.      The delay was minimal, measured in only a matter of hours, and resulted from unforeseen technical problems rather than any lack of diligence or bad faith. Further, the minimal delay in filing will not result in any prejudice to Defendants in their reply.

5.      Plaintiff's counsel has conferred with Defendants' counsel, and Defendants do not object to this Motion.

6.      Plaintiff respectfully submits that the circumstances constitute excusable neglect under Rule 6(b)(1)(B), and that permitting the filing will serve the interests of resolving this matter on its merits.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Leave to File Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment Out of Time, deem the brief timely filed, and grant such further relief as the Court deems just and proper.

DATED:       June 1, 2026.

RYAN WILKINS, Plaintiff

By:     s/ Jennifer Turco Meyer
        Jennifer Turco Meyer, 23760
        Turco Meyer Law, LLC
        4309 South 174th Avenue
        Omaha, Nebraska 68135
        (402) 577-0252
        Jennifer@turcomeyer.law
        Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Linda C. Schoonmaker | lschoonmaker@seyfarth.com |
| Andrew J. Rolfes | arolfes@cozen.com |
| Tara A. Stingley | tstingley@clinewilliams.com |
| Sydney M. Huss | shuss@clinewilliams.com |

s/ Jennifer Turco Meyer