IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WILKINS, | Case No.  8:22-cv-00239 |
| Plaintiff, | |
| vs. | DEFENDANTS' JOINT MOTION TO EXCLUDE EXPERT TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERT WITNESS |
| UNION PACIFIC RAILROAD COMPANY, LEONARD SHERER, | |
| Defendants. | |

COME NOW Defendants Union Pacific Railroad Company and Leonard Sherer (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Evidence 702 and the test set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), and jointly move the Court to exclude the anticipated expert testimony of Plaintiff's designated expert witness Dr. David Rosenbaum.  In support of this Motion, Defendants rely on their Index of Evidence and Brief submitted contemporaneously herewith, as well as other materials in the record, as cited in Defendants' Brief.

WHEREFORE, Defendants Union Pacific Railroad Company and Leonard Sherer respectfully request the Court grant their motion to exclude Plaintiff's expert, Dr. David Rosenbaum, and his testimony, as set forth in the supporting Brief.

Dated this 15th day of June, 2026.

*Jointly submitted by*:

UNION PACIFIC RAILROAD COMPANY,
Defendant

By:   /s/ Tara A. Stingley
      Tara A. Stingley (#23243)
      Sydney M. Huss (#26581)
      CLINE WILLIAMS WRIGHT
      JOHNSON & OLDFATHER, L.L.P.
      Sterling Ridge
      12910 Pierce Street, Suite 200
      Omaha, NE 68144
      (402) 397-1700
      tstingley@clinewilliams.com
      shuss@clinewilliams.com
      *Counsel for Defendant Union Pacific*

      *- and -*

      Linda C. Schoonmaker (Texas #17806300)
      SEYFARTH SHAW LLP
      700 Milam Street, Suite 1400
      Houston, TX 77002-2797
      (713) 225-2300
      lschoonmaker@seyfarth.com
      *Counsel for Defendant Union Pacific*

      *- and -*

      LEONARD SHERER, Defendant

By:   /s/ Andrew J. Rolfes
      Andrew J. Rolfes (Pennsylvania #78809)
      COZEN O' CONNOR
      One Liberty Place
      1650 Market Street, Suite 2800
      Philadelphia, PA 19103
      (215) 665-2177
      arolfes@cozen.com
      *Counsel for Defendant Leonard Sherer*

2

**CERTIFICATE OF SERVICE**

       I, Tara A. Stingley, hereby certify that I electronically filed the foregoing document on June 15, 2026, with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system which sent notice of such filing to all registered case participants, including the following:

Jennifer L. Turco Meyer
jennifer@turcomeyer.law

Linda C. Schoonmaker
lschoonmaker@seyfarth.com

Andrew J. Rolfes
arolfes@cozen.com

/s/ Tara A. Stingley
