**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RYAN D. WILKINS**, | |
| Plaintiff, | Case No. 8:22-cv-00239 |
| vs. | **PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINIONS OF ROBERT EISENSTADT, PHD** |
| **UNION PACIFIC RAILROAD COMPANY**; | |
| **LEONARD SHERER**, | |
| Defendants. | |

COMES NOW Plaintiff Ryan D. Wilkins, by and through his undersigned counsel, and pursuant to Federal Rule of Evidence 702, Federal Rule of Evidence 403, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and this Court's Progression Order governing motions to exclude expert testimony on Daubert and related grounds (Doc #241), respectfully moves for an Order excluding certain opinions offered by Defendant' Union Pacific's economic expert, Robert Eisenstadt, Ph.D.

Plaintiff seeks exclusion of Dr. Eisenstadt's opinions that do not constitute economic analysis and instead improperly resolve disputed issues of liability, causation, constructive discharge, and damages entitlement that are reserved for the finder of fact. Specifically, Plaintiff seeks an order excluding:

1. Any opinion that Plaintiff's damages are "self-inflicted";

2. Any opinion that Plaintiff's damages are "effectively moot";

3. Any opinion that Plaintiff voluntarily resigned, chose to leave Union Pacific Railroad Company, or otherwise caused his own separation from employment;

4. Any opinion that Plaintiff was not constructively discharged;

1

5. Any opinion concerning whether Defendants caused Plaintiff's alleged damages; and

6. Any opinion concerning the ultimate legal recoverability of Plaintiff's damages.

As set forth in the accompanying brief, the challenged opinions do not arise from any specialized economic methodology and will not assist the jury in understanding the economic evidence. Instead, they constitute legal conclusions and factual determinations concerning disputed liability issues that fall outside the proper scope of expert economic testimony and invade the province of the jury.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order excluding the foregoing opinions and granting such other and further relief as the Court deems just and proper.

Dated the 15th day of June 2026.

RYAN WILKINS, Plaintiff


BY:    s/ Jennifer Turco Meyer
      Jennifer Turco Meyer, 23760
      Turco Meyer Law, LLC
      4309 South 174th Avenue
      Omaha, Nebraska 68135
      (402) 577-0252
      jennifer@turcomeyer.law
      Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Linda C. Schoonmaker | lschoonmaker@seyfarth.com |
| Andrew J. Rolfes | arolfes@cozen.com |
| Tara A. Stingley | tstingley@clinewilliams.com |
| Sydney M. Huss | shuss@clinewilliams.com |

s/ Jennifer Turco Meyer

2