## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RYAN D. WILKINS**, | Case No. 8:22-cv-00239 |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR RESTRICTED ACCESS TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINIONS OF ROBERT EISENSTADT, PHD** |
| **UNION PACIFIC RAILROAD COMPANY**; | |
| **LEONARD SHERER**, | |
| Defendants. | |

Plaintiff, Ryan D. Wilkins, now moves the Court, pursuant to NECivR 5.3(c) and NECivR 7.1, to restrict access to Plaintiff's Index of Evidence in Support of Plaintiff's Motion to Exclude Expert Opinions (Doc #266) and Plaintiff's Brief in Support of Plaintiff's Motion to Exclude Expert Opinions (Doc #267).

In support of this Motion, Plaintiff states that there is good cause to designate these materials as Restricted Documents pursuant to NECivR 5.3. The documents at issue contain information that Defendants contend is protected by the attorney-client privilege, as well as confidential information under the Protective Order (Doc #59). Additionally, the documents contain confidential and sensitive information about Plaintiff's income and employment. Redaction is not a reasonable alternative because the privileged and confidential material is so intertwined with the substance of the documents that redaction would be impractical and would render the documents largely unusable. Accordingly, restriction is necessary to protect against the disclosure of sensitive information while allowing the Court to consider the materials in their entirety.

1

Additionally, the Court previously granted motions to restrict Defendants' Index and Brief in support of Defendant's Joint Motion to Exclude Expert Opinions (Doc #263). Not permitting Plaintiff to file documents of the same nature as restricted would negate the protections afforded by the Court in granting Defendants' prior Motion.

WHEREFORE, Plaintiff respectfully requests, for good cause shown, that the Court grant Plaintiff's Motion to Restrict Access and allow only the parties to this case and court personnel access to the evidence and pleadings designated above until such further ruling by the Court.

Dated: June 15, 2026.

RYAN D. WILKINS, Plaintiff

BY:    s/ Jennifer Turco Meyer
Jennifer Turco Meyer, 23760
Turco Meyer Law, LLC
4309 South 174th Avenue
Omaha, Nebraska 68135
(402) 577-0252
jennifer@turcomeyer.law
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Linda C. Schoonmaker    lschoonmaker@seyfarth.com
Andrew J. Rolfes    arolfes@cozen.com
Tara A. Stingley    tstingley@clinewilliams.com
Sydney M. Huss    shuss@clinewilliams.com

s/ Jennifer Turco Meyer

2