IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WILKINS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>LEONARD SHERER,<br><br>　　　　　　Defendants. | Case No.  8:22-cv-00239<br><br>DEFENDANTS' UNOPPOSED MOTION<br>FOR LEAVE TO FILE PLEADINGS AS<br>RESTRICTED ACCESS DOCUMENTS |

COME NOW the Defendants Union Pacific Railroad Company and Leonard Sherer (collectively, the "Defendants"), by and through their respective counsel of record, pursuant to NECivR 5.3(c), NECivR 7.1, and the Court's Protective Order entered on May 23, 2023 *[Filing 59]*, and hereby move the Court for leave to file their pleadings in further support of their Joint Motion for Summary Judgment, or, in the Alternative, Motion for Partial Summary Judgment *[Filing 230]*, as restricted access documents.

In support of this unopposed Motion, Defendants state as follows:

1.　　　Defendants' deadline to file a reply to Plaintiff's Brief in Opposition *[Filing 255]* and in further support of Defendants' Joint Motion for Summary Judgment, or, in the Alternative, Motion for Partial Summary Judgment *[Filing 230]* is June 18, 2026.

2.　　　The documents to be submitted by Defendants, including Defendants' Reply Brief, Defendants' Joint Response to Plaintiff's Statement of Additional Material Facts, and Defendants' Supplemental Index of Evidence contain and discuss information designated as confidential pursuant to the Court's Protective Order *[Filing 59]*.

3.　　　In support of this unopposed Motion, Defendants state there is good cause to designate these materials as restricted access documents pursuant to NECivR 5.3. As noted above, the documents at issue contain and discuss information deemed

confidential pursuant to the Court's Protective Order *[Filing 59]*.  In addition, redaction of the filings would not reduce or eliminate the need for restricted access because the confidential information is so intertwined with and permeates the substance of the documents, thus rendering redaction impractical and unworkable in this situation.

4.    Defendants respectfully submit that restricting access to the filings at issue will allow both the Court and the parties to this case to consider the materials in their entirety while simultaneously protecting against the disclosure of information designated as confidential under the Court's Protective Order *[Filing 59]*.

5.    Pursuant to Section 11 of the Court's Protective Order *[Filing 59]*, Defendants will provisionally file the foregoing documents as restricted access along with this Motion.

6.    Defendants' counsel has conferred with Plaintiff's counsel, who has represented that Plaintiff does not object to this Motion.

WHEREFORE, Defendants respectfully request the Court enter an Order granting Defendants' Unopposed Motion for Leave to File Pleadings as Restricted Access Documents and restricting access to the pleadings designated above until such further ruling by the Court.

Dated this 18th day of June, 2026.

*Jointly submitted by:*

UNION PACIFIC RAILROAD COMPANY,
Defendant

By:  /s/ Sydney M. Huss
Tara A. Stingley (#23243)
Sydney M. Huss (#26581)
CLINE WILLIAMS WRIGHT
   JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700
tstingley@clinewilliams.com
shuss@clinewilliams.com
*Counsel for Union Pacific Railroad Company*

*-and-*

Linda C. Schoonmaker (Texas #17806300)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX  77002
(713) 225-2300
lschoonmaker@seyfarth.com
*Counsel for Union Pacific Railroad Company*

*-and-*

LEONARD SHERER, Defendant

By:  /s/ Andrew J. Rolfes
Andrew J. Rolfes (PA #78809)
Cozen O'Connor Law Firm
1650 Market Street, Ste. 2800
Philadelphia, PA  19103
(215) 665-2177
arolfes@cozen.com
*Counsel for Defendant Lenoard Sherer*

3

## CERTIFICATE OF SERVICE

I, Sydney M. Huss, hereby certify I electronically filed the foregoing document on June 18, 2026, with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent an electronic copy to all registered case participants, including the following:

Jennifer L. Turco Meyer
jennifer@turcomeyer.law

Linda C. Schoonmaker
lschoonmaker@seyfarth.com

Andrew J. Rolfes
arolfes@cozen.com

/s/ Sydney M. Huss