IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN D. WILKINS,

        Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,
LEONARD SHERER,

        Defendants.

Case No.  8:22-cv-00239

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE PLEADING AS
RESTRICTED ACCESS DOCUMENT

COMES NOW the Defendant Union Pacific Railroad Company ("Union Pacific"), by and through its counsel of record, pursuant to NECivR 5.3(c), NECivR 7.1, and the Court's Protective Order entered on May 23, 2023 *[Filing 59]*, and hereby moves the Court for leave to file its Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Robert Eisenstadt, Ph.D. *[Filing 264]*, as a restricted access document.

In support of this unopposed Motion, Union Pacific states as follows:

1.      Union Pacific's deadline to file a Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Robert Eisenstadt, Ph.D. *[Filing 264]* is June 29, 2026.

2.      The Brief to be submitted by Union Pacific contains and discusses information designated as confidential pursuant to the Court's Protective Order *[Filing 59]*.

3.      In support of this unopposed Motion, Union Pacific states there is good cause to designate these materials as restricted access documents pursuant to NECivR 5.3.  As noted above, the documents at issue contain and discuss information deemed confidential pursuant to the Court's Protective Order *[Filing 59]*.  In addition, redaction of the filing would not reduce or eliminate the need for restricted access because the confidential information is so intertwined with and permeates the substance of the documents, thus rendering redaction impractical and unworkable in this situation.

4.      Union Pacific respectfully submits that restricting access to the filing at issue will allow both the Court and the parties to this case to consider the materials in their entirety while simultaneously protecting against the disclosure of information designated as confidential under the Court's Protective Order *[Filing 59]*.

5.      Pursuant to Section 11 of the Court's Protective Order *[Filing 59]*, Union Pacific will provisionally file the foregoing document as restricted access along with this Motion.

6.      In support of this Motion, Union Pacific further states that its counsel has conferred with counsel for Plaintiff and for Defendant Leonard Sherer, all of whom have represented that they do not object to this Motion.

WHEREFORE, Defendant Union Pacific Railroad Company respectfully requests the Court enter an Order granting Defendant's Unopposed Motion for Leave to File Pleading as Restricted Access Document and restricting access to the pleading designated above until such further ruling by the Court.

Dated this 29th day of June, 2026.

UNION PACIFIC RAILROAD COMPANY,
Defendant

By:   /s/ Sydney M. Huss
Tara A. Stingley (#23243)
Sydney M. Huss (#26581)
CLINE WILLIAMS WRIGHT
   JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700
tstingley@clinewilliams.com
shuss@clinewilliams.com
*Counsel for Union Pacific Railroad Company*

*-and-*

2

Linda C. Schoonmaker (Texas #17806300)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX  77002
(713) 225-2300
lschoonmaker@seyfarth.com
*Counsel for Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

I, Sydney M. Huss, hereby certify I electronically filed the foregoing document on June 29, 2026, with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent an electronic copy to all registered case participants, including the following:

Jennifer L. Turco Meyer
jennifer@turcomeyer.law

Linda C. Schoonmaker
lschoonmaker@seyfarth.com

Andrew J. Rolfes
arolfes@cozen.com

/s/ Sydney M. Huss

3