IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN D. WILKINS,

        Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,
LEONARD SHERER,

        Defendants.

Case No.  8:22-cv-00239

DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE PLEADING AS
RESTRICTED ACCESS DOCUMENT

COME NOW the Defendants Union Pacific Railroad Company and Leonard Sherer (collectively, the "Defendants"), by and through their respective counsel of record, pursuant to NECivR 5.3(c), NECivR 7.1, and the Court's Protective Order entered on May 23, 2023 *[Filing 59]*, and hereby move the Court for leave to file Defendants' Reply Brief in Support of Joint Motion to Exclude Expert Testimony of Plaintiff's Designated Expert Witness ("Reply Brief") as a restricted access document.

In support of this unopposed Motion, Defendants state as follows:

1.    Defendants' deadline to file their Reply Brief to Plaintiff's Brief in Opposition to Defendants' Motion to Exclude *[Filing 279]* is July 6, 2026. Defendants' Reply Brief contains arguments and discussion regarding information designated as confidential pursuant to the Court's Protective Order *[Filing 59]*.

2.    In support of this unopposed Motion, Defendants state there is good cause to designate their Reply Brief as a restricted access document pursuant to NECivR 5.3. As noted above, the Reply Brief contains arguments and discussion regarding information deemed confidential pursuant to the Court's Protective Order *[Filing 59]*.  In addition, redaction of the Reply Brief would not reduce or eliminate the need for restricted access because the confidential information is so intertwined with and

permeates the substance of the Reply Brief, thus rendering redaction impractical and unworkable in this situation.

3.    Defendants respectfully submit that restricting access to the Reply Brief will allow both the Court and the parties to this case to consider the materials in their entirety while simultaneously protecting against the disclosure of information designated as confidential under the Court's Protective Order *[Filing 59]*.

4.    Pursuant to Section 11 of the Court's Protective Order *[Filing 59]*, Defendants will provisionally file the Reply Brief as restricted access along with this Motion.

5.    Defendants' counsel has conferred with Plaintiff's counsel, who has represented that Plaintiff does not object to this Motion.

WHEREFORE, Defendants respectfully request the Court enter an Order granting Defendants' Unopposed Motion for Leave to File Pleading as a Restricted Access Document and restricting access to the pleading designated above until such further ruling by the Court.

Dated 6th day of July, 2026.

*Jointly submitted by:*

UNION PACIFIC RAILROAD COMPANY,
Defendant

By:    /s/ Sydney M. Huss
       Tara A. Stingley (#23243)
       Sydney M. Huss (#26581)
       CLINE WILLIAMS WRIGHT
         JOHNSON & OLDFATHER, L.L.P.
       Sterling Ridge
       12910 Pierce Street, Suite 200
       Omaha, NE 68144
       (402) 397-1700
       tstingley@clinewilliams.com
       shuss@clinewilliams.com
       *Counsel for Union Pacific Railroad Company*

2

*-and-*

Linda C. Schoonmaker (Texas #17806300)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX  77002
(713) 225-2300
lschoonmaker@seyfarth.com
*Counsel for Union Pacific Railroad Company*

*-and-*

LEONARD SHERER, Defendant

By:    /s/ Andrew J. Rolfes
Andrew J. Rolfes (PA #78809)
Cozen O'Connor Law Firm
1650 Market Street, Ste. 2800
Philadelphia, PA  19103
(215) 665-2177
arolfes@cozen.com
*Counsel for Defendant Lenoard Sherer*


**CERTIFICATE OF SERVICE**

I, Sydney M. Huss, hereby certify I electronically filed the foregoing document on July 6, 2026, with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent an electronic copy to all registered case participants, including the following:

Jennifer L. Turco Meyer
jennifer@turcomeyer.law

Linda C. Schoonmaker
lschoonmaker@seyfarth.com

Andrew J. Rolfes
arolfes@cozen.com

/s/ Sydney M. Huss

3