## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**RYAN D. WILKINS**,

Plaintiff,

vs.

**UNION PACIFIC RAILROAD COMPANY**;

**LEONARD SHERER**,

Defendants.

Case No. 8:22-cv-00239

**UNOPPOSED MOTION FOR RESTRICTED ACCESS TO PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINIONS OF ROBERT EISENSTADT, PHD**

Plaintiff, Ryan D. Wilkins, now moves the Court, pursuant to NECivR 5.3(c) and NECivR 7.1, to restrict access Plaintiff's Reply Brief in Support of Plaintiff's Motion to Exclude Expert Opinions (Doc #285).

In support of this Motion, Plaintiff states that there is good cause to designate these materials as Restricted Documents pursuant to NECivR 5.3. The documents at issue contain information that Defendants contend is protected by the attorney-client privilege, as well as confidential information under the Protective Order (Doc #59). Additionally, the documents contain confidential and sensitive information about Plaintiff's income and employment. Redaction is not a reasonable alternative because the privileged and confidential material is so intertwined with the substance of the documents that redaction would be impractical and would render the documents largely unusable. Accordingly, restriction is necessary to protect against the disclosure of sensitive information while allowing the Court to consider the materials in their entirety.

Additionally, the Court previously granted motions to restrict both Plaintiff's and Defendants' filings on this issue. See Doc #268 and #276. Not permitting Plaintiff to file

1

documents of the same nature as restricted would negate the protections afforded by the Court in granting relief in the prior related Motions.

WHEREFORE, Plaintiff respectfully requests, for good cause shown, that the Court grant Plaintiff's Motion to Restrict Access and allow only the parties to this case and court personnel access to the evidence and pleadings designated above until such further ruling by the Court.

Dated: July 6, 2026.

RYAN D. WILKINS, Plaintiff

BY:    s/ Jennifer Turco Meyer
Jennifer Turco Meyer, 23760
Turco Meyer Law, LLC
4309 South 174th Avenue
Omaha, Nebraska 68135
(402) 577-0252
jennifer@turcomeyer.law
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Linda C. Schoonmaker          lschoonmaker@seyfarth.com
Andrew J. Rolfes              arolfes@cozen.com
Tara A. Stingley             tstingley@clinewilliams.com
Sydney M. Huss               shuss@clinewilliams.com

s/ Jennifer Turco Meyer

2