**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2714

In re: Union Pacific Railroad Company and Leonard Sherer

Petitioners

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00239-SMB)

---

**ORDER**

Plaintiff Ryan D. Wilkins is directed to file a response to the petition for writ of mandamus within fourteen days of the date of this order.

Petitioners Union Pacific Railroad Company and Leonard Sherer's motion to seal Appendix B is granted.

September 01, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler